IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AARON ALEXANDER MIGHTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | |
| MERITAGE HOMES CORPORATION | ) | NO. _____ |
| AND STELLA ZEBIC, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF REMOVAL**

Defendants Meritage Homes of Georgia, Inc., improperly named in the Complaint as Meritage Homes Corporation ("Meritage of Georgia") and Stella Zebic ("Zebic") (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby give notice of the removal of the civil action known as *Aaron Alexander Mighty v. Meritage Homes Corporation, et. al.*, Case No. 20-A-4257 (the "State Court Action"), from the State Court of Cobb County to the United States District Court for the Northern District of Georgia, Atlanta Division, and in support thereof, state as follows:

## BACKGROUND

1.

Plaintiff Aaron Alexander Mighty ("Plaintiff") filed the State Court Action on November 24, 2020. A copy of Plaintiff's Complaint along with all State Court filings now appearing of record are attached hereto as Exhibit A.

2.

Defendant Meritage of Georgia was served with the summons and a copy of the Complaint on December 1, 2020. This Notice of Removal is filed within 30 days after receipt through service of the Complaint setting forth the claims for relief upon which this action is based and, therefore, it is timely within the provisions of 28 U.S.C. §1446(b).

3.

All Defendants are represented by the undersigned counsel and all Defendants consent to the removal of this case.

## GROUNDS FOR REMOVAL
## FEDERAL JURISDICTION

4.

The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1441, and one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C.

§§1441 and 1446, because Plaintiff asserts a claim arising under federal law.

5.

Plaintiff alleges that Defendants violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2, et. seq. *See generally* Compl.

6.

Given that the Court has jurisdiction as shown above, removal of this action is proper under 28 U.S.C. § 1446 because:

(a) this Notice of Removal is being filed within thirty (30) days of the Defendants' receipt (through service) of the Complaint;

(b) this Notice of Removal is being filed within one (1) year of the date of commencement of the action for removal purposes; and

(c) Defendants have not previously sought similar relief.

7.

Venue for removal of this action to this Court is proper because it is the district court of the United States for the district and division in which the state civil action being removed is pending within the meaning of 28 U.S.C. § 1441 and § 1446(a).

8.

A copy of the Notice of Removal will be contemporaneously filed with the State Court of Cobb County, Georgia. A copy of the Notice of Filing of

Notice of Removal with Cobb County State Court which omits the exhibits thereto is attached as <u>Exhibit B</u>.

WHEREFORE, Defendants respectfully request that the entire action referred to hereinabove proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, and that no further proceeding be held in said case in the State Court of Cobb County, Georgia.

This 30th day of December, 2020.

                *s/Michelle W. Johnson*
                Michelle W. Johnson
                Georgia Bar No. 759611
                E-mail:  michelle.johnson@nelsonmullins.com
                Jessica R. Watson
                Georgia Bar No. 760076
                E-mail: jessica.watson@nelsonmullins.com

                Attorneys for Defendants

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street/ 17th Floor
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the foregoing pleading has been prepared with 14 point Times New Roman font, which is one of the fonts and point selections approved by the Court in LR 5.1C, NDGa.

>*s/Michelle W. Johnson*
>Michelle W. Johnson
>Georgia Bar No. 759611
>E-mail: michelle.johnson@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL** by U.S. Mail and by filing a copy of the same on the CM/ECF system:

Aaron Mighty
6400 Blue Stone Rd.
#4022
Sandy Springs, GA 30328

*Pro Se Plaintiff*

This 30th day of December, 2020.

s/*Michelle W. Johnson*
Michelle W. Johnson
Georgia Bar No. 759611
E-mail: michelle.johnson@nelsonmullins.com
Jessica R. Watson
Georgia Bar No. 760076
E-mail: jessica.watson@nelsonmullins.com

Attorneys for Defendants

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street/ 17th Floor
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

6